UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| CLARA SEE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 06-2064 |
| MARLAINA STRUNK, BLATT HASENMILLER LEIBSKER & MOORE, E. ROBERT ANDERSON, and JAMES R. PING, | ) ) ) ) ) |
| Defendants. | ) ) |

_____

**OPINION**
_____

On February 23, 2007, the Magistrate Judge filed a Report and Recommendation (#28) in the above cause. The Magistrate Judge recommended that the Defendants' Motion to Dismiss Amended Complaint (#23) be GRANTED in part and DENIED in part.

On March 5, 2007, Plaintiff filed her Objection to the Report and Recommendation (#29). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge. This court notes that the basis for Plaintiff's objection is that the Magistrate Judge "conspired with business associate defendants in this instant case to violate 18 U.S.C. § 241." The court finds the allegations not only groundless, but inappropriate.

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss Amended Complaint (#23) is GRANTED in part and DENIED in part. Marlaina Strunk, E. Robert Anderson, and James R. Ping are dismissed as parties with regard to Count I of Plaintiff's Amended Complaint only.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 15th day of March, 2007

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE