E-FILED
Thursday, 26 April, 2007  04:29:56 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **CLARA J. SEE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No.  06-2064** |
| **MARLAINA STRUNK,** | ) | |
| **BLATT HASENMILLER LEIBSKER** | ) | |
| **& MOORE, E. ROBERT ANDERSON,** | ) | |
| **and JAMES R. PING,** | ) | |
| **Defendants.** | ) | |

# ORDER

Before the Court is Defendants' Motion to Compel Plaintiff's Deposition and for Sanctions (#36).  Plaintiff has filed a written response (#38).  The Court has considered the written submissions of the parties.

It is clear to the Court that the deposition of Plaintiff was not completed.  Plaintiff abruptly terminated the deposition.  That termination was without justification.  Plaintiff will not be allowed to initiate this lawsuit and then refuse to participate in discovery.

The motion to compel **(#36)** is **GRANTED**.  Plaintiff is directed to appear for a continuation and completion of her deposition.  She shall make herself available within the next thirty (30) days.  The deposition may be scheduled at the United States District Courthouse in Urbana.  If counsel for Defendants wishes to conduct the deposition at the courthouse, he should notify the undersigned's chambers so that arrangements can be made.   The request for award of costs and fees is taken under advisement.

Plaintiff is admonished that failure to comply with this or other orders in the future can result in the summary dismissal of her complaint with prejudice.

ENTER this 26th day of April, 2007.

_____ s/ DAVID G. BERNTHAL_____
U.S. MAGISTRATE JUDGE